UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| SE TECHNOLOGIES, INC., | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 03-50895 |

OBJECTION TO ADMINISTRATIVE CLAIM NUMBER 194 and 233
FILED BY OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

Richard Coan, Chapter 7 Trustee ("Trustee"), by and through his undersigned counsel, hereby submits his objection to administrative claim numbers 194 and 233 filed by Ohio Department of Jobs and Family Services and as grounds therefore states upon information and belief as follows:

1. The Debtor's records do not support this applicant's administrative claim.

2. The Trustee therefore objects to the administrative claim on one or more of the following grounds:

    A. There is insufficient documentation; and/or

    B. Trustee does not believe any money is due.

3. The Trustee reserves the right to object on additional grounds.

WHEREFORE, the Trustee respectfully requests this Court disallow this administrative claim in its entirety and grant such other relief as this Court deems just and proper.

Dated this 16th day of May, 2014.

RICHARD COAN
CHAPTER 7 TRUSTEE

By: /s/ Matthew K. Beatman
Matthew K. Beatman (ct08923)
Zeisler & Zeisler, P.C.
10 Middle Street
Bridgeport, CT  06604
Tel. 203-368-4234
Email: mbeatman@zeislaw.com
His Attorneys